AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

DIRECTV, Inc.

V.

Mike Altobelli

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04-30019-MAP

TO: (Name and address of Defendant)

Mike Altobelli
440 Southampton Road
Westfield, MA 01085

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

DATE 1/28/04

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| | DATE |



**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

*Hampden, ss.*

March 11, 2004

I hereby certify and return that on 3/10/2004 at 01:05 pm I served a true and attested copy of the SUMMONS & COMPLAINT CIVIL ACT. COVER SHEET & CORPORATE DISCLOSURE in this action in the following manner: To wit, by delivering in hand to MIKE ALTOBELLI at 440 SOUTHAMPTON Road, WESTFIELD, MA 01085 <>.Attestation X 1 ($5.00), Conveyance ($2.70), Travel ($5.76), Basic Service Fee ($20.00), Mailing1 ($1.00) Total Charges $34.46

Deputy Sheriff DAVID K. TENNEY

_____
Deputy Sheriff

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                 Date                    Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.