UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**DirecTV, Inc.,**
        **Plaintiff**

V.                                                          CA 04-30019-MAP

**MIKE ALTOBELLI,**
        **Defendant**

<u>ORDER</u>

November 8, 2004

**PONSOR, D.J.**

    The defendant in the above captioned case was served on March 10, 2004. No answer has been filed and the plaintiff has not taken any steps to further prosecute the case. The court orders the plaintiff to take the necessary steps to further prosecute this case by November 19, 2004, or the case will be dismissed for lack of prosecution.

    It is so ordered.

                                                 /s/ Michael A. Ponsor
                                               United States District Judge