**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **DIRECTV, Inc.** ) | Case No.: **04-30019-MAP** |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. ) | **WITHOUT PREJUDICE** |
| ) | |
| **Mike Altobelli** ) | |
| ) | |
| Defendant ) | |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the complaint without prejudice and without cost to either party.

                                                 Respectfully Submitted for the Plaintiff,
                                                 DIRECTV, Inc.
                                                 By Its Attorney,

| | |
|---|---|
| 11/8/04 |   /s/ John M. McLaughlin |
| Date | John M. McLaughlin |
| | **Green Miles Lipton & Fitz-Gibbon** |
| | 77 Pleasant Street |
| | P.O. Box 210 |
| | Northampton, MA 01061 |
| | Telephone: (413) 586-0865 |
| | BBO No. 556328 |

Page 1

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on this 8th day of November 2004, a copy of the foregoing Notice of Dismissal was mailed first class to:

Mike Altobelli
440 South Hampton Rd.
Westfield, MA 01085

          /s/ John M. McLaughlin
John M. McLaughlin, Esq.